# Exhibit A

| **BLACK HAWK COUNTY JAIL** | POLICY NUMBER 1.2.1 | PAGE 1 of 4 |
|---|---|---|
| IOWA STANDARDS: N/A | | |
| ACT STANDARDS: N/A | | |
| LAST REVISION DATE: **May 1, 2019** | | |
| SIGNATURE: | | |
| SUBJECT: Inmate Billing | | |

PURPOSE:

To set out clear and concise rules for the handling of inmate cash transactions for the payment of room and board billing, medical, and dental expenses as the Sheriff may direct.

POLICY:

The Sheriff shall collect fees for room, board and booking from every sentenced inmate held in the custody of the Black Hawk County Jail. Inmates shall also be charged for intentionally damaged or missing Jail-issued property.

PROCEDURE:

Each inmate, either at the time of contacting the Sheriff to schedule time to be served, or during the booking process, will be notified they will be charged for medical, dental, and room and board at a rate determined by the Sheriff.

I.      Billing Procedure.

      A.      At the time of release, an invoice for those inmates who are  required to pay for their stay in the Black Hawk County Jail will be created and provided. Billable time will begin at the time of book-in and will end at the time of release.  A full day for billing purposes is at least 12 hours, but less than 24 hours.

1.2.1

Case 6:24-cv-02024-CJW-MAR     Document 9-1     Filed 06/07/24     Page 2 of 3

II.     <u>Payment Procedure</u>.

A.      Payment may be made by cash, check, money order, or certified check.  If the payment is made at time of release, the invoice will reflect so.

B.      If the inmate does not pay off invoice at the time of his/her release, he/she will be informed of payment procedures and terms.  At this time, the inmate will be asked to sign a completed Confession of Judgement agreeing to make scheduled payments to the Sheriff for the amount owed.  The completed Confession of Judgement shall be maintained by the Reimbursement Coordinator until the debt is satisfied or legal action is taken to recoup the debt.

1.      Payment may be received by the Sheriff's office Receptionist during business hours or through the mail.  Payments mailed in will be received and delivered to the Reimbursement Coordinator for recording and accountability.

2.      If the inmate is making, or has agreed to make payments toward his outstanding bill, the Reimbursement Coordinator shall continue the account as an "Open" account until final payment is received.  A claim for the remaining balance can be filed with the Clerk of Court without further notification.

3.      In the event a former inmate who has an outstanding balance and is in arrears returns to the jail,  all money in his or her possession shall be credited towards the unpaid balance.

a.      Appropriate accounting entries will be made in the arrestee/inmates CJIS record at time of booking.

1.2.1