# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| LETICIA ROBERTS and CALVIN SAYERS, <br> *Plaintiff* <br> v. <br> TONY THOMPSON, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. C24-2024-CJW-MAR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's take nothing and this case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge C.J. Williams on a motion to Dismiss.

Date: 11/1/2024

CLERK OF COURT

/s/ mmc, deputy clerk
*Signature of Clerk or Deputy Clerk*